1 WILLIAM A. SOKOL, California Bar No. 072740
CHRISTIAN L. RAISNER, California Bar No.133839
2 DAVID A. BOHL, California Bar No. 226526
WEINBERG, ROGER & ROSENFELD
3 A Professional Corporation
180 Grand Avenue, Suite 1400
4 Oakland, California 94612
Telephone: (510) 839-6600
5 Facsimile:  (510) 891-0400

6 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*(OAKLAND DIVISION)*

| | |
|---|---|
| ROBERT HAHN, MICHAEL MCHUGH, LAWRENCE VALENTI, AND JOHN MCGOVERN, In Their Capacities As Trustees Of, And On Behalf Of, The LABOR ALLIANCE MANAGED TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSON'S, INC.,<br><br>Defendant. | No.   CV 04-00873 SI<br><br>**STIPULATION FOR ORDER OF DISMISSAL BASED ON SETTLEMENT AND RETAINING JURISDICTION OVER SETTLEMENT** |

The parties, by their respective attorneys undersigned, stipulate and agree as follows:

1. All of the parties have entered into a Settlement Agreement and Release of Claims, a copy of which is attached to this Stipulation as Exhibit A.

2. Pursuant to the terms of the Stipulation, the parties request that the Court enter an Order that contains substantially the following provisions:

   a. This civil action, No. C 04-00873 SI, shall be, and is, dismissed <u>without prejudice</u>, provided that

   b. All claims of the parties respecting obligations arising in the period of December 1, 2003 through January 31, 2004, and all claims of the parties related to a labor dispute

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA  94612-3752
(510) 839-6600

Stipulation For Order Of Dismissal Based On Settlement

involving the United Food & Commercial Workers Union or any other organization during the period of December 1, 2003 through January 31, 2004 shall be, and are, dismissed with prejudice, and

  c. The Court shall retain jurisdiction for the purpose of enforcing the settlement agreement.

**ATTORNEYS FOR PLAINTIFFS:**

Dated: _____, 2004.

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

          By: //s//
            WILLIAM A. SOKOL
            CHRISTIAN L. RAISNER
            DAVID A. BOHL
            Attorneys for Plaintiffs

**ATTORNEYS FOR DEFENDANTS:**

Dated: _____, 2004.

          ALBERTSON'S, INC.

          By: //s//
            Attorneys for Defendants

105607/342586

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
180 Grand Ave. Ste. 1400
Oakland, CA 94612-3752
(510) 839-6600

- 2 -

Stipulation For Order Of Dismissal Based On Settlement